No. 1212. El Pueblo, Apelado, *v.* Juliá et al., Apelantes.—Conspiración.  Incidente sobre cobro de multa a Clemente Ramírez.  San Juan, Sección 2ª.  Noviembre 23, 1917.  *Confirmada la sentencia.*